Same case below, 416 Fed. Appx. 748.

**No. 11-339. Laura Seidl, Individually, Derivatively, and on Behalf of All Others Similarly Situated, Petitioner v. American Century Companies, Incorporated, et al.**

565 U.S. 1092, 132 S. Ct. 846, 181 L. Ed. 2d 549, 2011 U.S. LEXIS 8950.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 427 Fed. Appx. 35.

**No. 11-423. Lillie M. Middlebrooks, Petitioner v. Godwin Corporation, et al.**

565 U.S. 1093, 132 S. Ct. 846, 181 L. Ed. 2d 549, 2011 U.S. LEXIS 8855.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 424 Fed. Appx. 10.

**No. 11-426. James E. Pietrangelo, II, Petitioner v. Sandusky Library, et al.**

565 U.S. 1093, 132 S. Ct. 847, 181 L. Ed. 2d 549, 2011 U.S. LEXIS 8994.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-428. Richard Eugene Campbell, Petitioner v. Robin M. Kocher.**

565 U.S. 1093, 132 S. Ct. 847, 181 L. Ed. 2d 549, 2011 U.S. LEXIS 8861.

December 12, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 282 Va. 113, 712 S.E.2d 477.

**No. 11-429. Chester E. Cromwell, Petitioner v. United Steelworkers of America, et al.**

565 U.S. 1093, 132 S. Ct. 847, 181 L. Ed. 2d 549, 2011 U.S. LEXIS 8868.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 423 Fed. Appx. 213.

**No. 11-440. Schupak Group, Incorporated, Petitioner v. Travelers Casualty and Surety Company of America.**

565 U.S. 1093, 132 S. Ct. 849, 181 L. Ed. 2d 549, 2011 U.S. LEXIS 8844.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 425 Fed. Appx. 23.